LENA BACHMANN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. CARMEN F. PASSALACQUA, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 46 *N. J. Super.* 471.

*Messrs. Marcus & Levy* and *Mr. Harry Chashin* for the petitioners.

December 9, 1957.  Denied.